THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. MJ20-113-MLP-JLR |
| Plaintiff, | |
| v. | ORDER DENYING DISMISSAL OF COMPLAINT |
| JUSTIN ERIN CRITCHELL, | |
| Defendant. | |

THIS MATTER has come before the undersigned on the motion of the defendant, Justin Critchell, to dismiss the Complaint in this matter. The Court has considered the motion and records in this case and finds there are compelling reasons to DENY dismissal of the complaint and discharge the Defendant, Justin Critchell.

IT IS SO ORDERED.

DATED this 15th day of June, 2020.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE