The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN ERIN CRITCHELL,<br><br>Defendant. | NO. MJ20-113<br><br>ORDER GRANTING<br>MOTION TO EXTEND TIME TO<br>SEEK AN INDICTMENT |

This Court having considered the Motion of the United States and General Orders 01-20, 02-20, 03-20, and 08-20 suspending the grand jury proceedings from March 9, 2020, through July 31, 2020, as one measure to reduce the spread and health risks from COVID-19, hereby

FINDS that the interests of justice require an extension of the time period set forth in 18 U.S.C. § 3161(b) for the return of an indictment in this case. Therefore,

IT IS ORDERED that the deadline to indict Defendant Justin Erin Critchell in this matter is hereby extended to August 31, 2020.

DATED this __6__ day of __July__, 2020.

_____TSUCHIDA_____
HON. MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

/s/ Rebecca S. Cohen
REBECCA S. COHEN
Assistant United States Attorney

ORDER EXTENDING TIME TO SEEK AN INDICTMENT- 1
*United States v. Justin Erin Critchell*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970